IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     )<br>v.   )<br>     )<br>I. LEWIS LIBBY,   )<br>     also known as "Scooter Libby"   )<br>     )<br>TIME INC.,<br>     Movant. | 1:06-mc-00128-RBW<br><br>(CR. No. 05-394 (RBW))<br><br><u>Oral argument requested</u> |

### ENTRY OF APPEARANCE

The undersigned respectfully enter their appearance on behalf of Time Inc. in connection with the above-captioned matter.

Dated: April 18, 2006              Respectfully submitted,


                                                  _/s/ Theodore Boutrous_
                                                  Theodore J. Boutrous, Jr.
                                                  D.C. Bar No. 420440
                                                  Thomas H. Dupree, Jr.
                                                  D.C. Bar No. 467195
                                                  GIBSON, DUNN & CRUTCHER LLP
                                                  1050 Connecticut Avenue N.W.
                                                  Washington, DC 20036
                                                  Telephone: (202) 955-8500
                                                  Fax: (202) 530-9689

                                                  *Attorneys for Time Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2006, I caused a true and correct copy of the foregoing to be sent to the following via overnight mail:

Patrick Fitzgerald
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, N.W.
Room 12-405
Washington, D.C. 20005

Theodore V. Wells, Jr.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

William H. Jeffress, Jr.
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
The Warner
Washington, D.C. 20004

Thomas H. Dupree, Jr.