AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

For The _____ DISTRICT OF Columbia _____

United States of America

v.

I. Lewis Libby

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-394 (RBW)

TO:

Time, Inc.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom 5 |
| | DATE AND TIME |
| | April 7, 2006 2:30 p.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

NANCY MAYER-WHITTINGTON

(By) Deputy Clerk

DATE

March 14, 2006

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

William Jeffress, Esq., Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004-2400, (202) 639-7700

### Subpoena to Time Inc.

1. All documents prepared or received prior to July 14, 2003 by any employee or agent of Time Inc. (including but not limited to Matthew Cooper, John Dickerson, Massimo Calabresi, Michael Duffy and James Carney) that refer to the wife of former Ambassador Joseph Wilson, whether by name or otherwise.

2. All documents, whenever prepared or received, indicating or suggesting that any employee or agent of Time Inc. other than Matthew Cooper was aware prior to July 14, 2003 that the wife of former Ambassador Joseph Wilson was employed by the CIA.

3. All documents prepared at any time by Matthew Cooper, or by any other employee or agent of Time Inc. based in any part on information received from Matthew Cooper, that were prepared in anticipation of or that purport to describe any part of a telephone conversation between Matthew Cooper and I. Lewis Libby on July 12, 2003. This request specifically includes, but is not limited to, drafts and internal correspondence concerning the article "What I Told the Grand Jury" published in the July 25, 2005 edition of Time Magazine.

4. All documents reflecting communications by any employee or agent of Time Inc. concerning former Ambassador Joseph Wilson prior to July 14, 2003, with any of the following persons: Ari Fleischer, Mark Grossman, Eric Edelman, Bob Grenier, Cathy Martin, Joseph Wilson, George Tenet, and Bill Harlow.

5. The original of the document produced to the grand jury or Office of Special Counsel bearing Bates number MC 0043-44.

6. All documents reflecting or relating to any conversation between any government official and John Dickerson in early July 2003, urging him to look at who sent former Ambassador Joseph Wilson to Niger.

Special instruction: Documents previously produced to the grand jury or Office of Special Counsel bearing Bates numbers MC0001 through MC0055 and Time001 through Time315 need not be produced under this subpoena unless redactions were made in those documents prior to production to the grand jury or Office of Special Counsel, in which case unredacted copies are required by this subpoena.

As used in this subpoena, the term "documents" means written or recorded materials of any kind and electronically stored information. The term includes, but is not limited to, handwritten and typed notes and drafts, e-mails whether stored electronically or in hard copy, and video and audio recordings.