IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:06-mc-00128-RBW |
| v. | ) | |
| | ) | (CR. No. 05-394 (RBW)) |
| I. LEWIS LIBBY, | ) | |
|     also known as "Scooter Libby" | ) | <u>Oral argument requested</u> |
| | ) | |
| TIME INC., | | |
|     Movant. | | |

**[PROPOSED] ORDER**

Time Inc.'s motion is GRANTED and the subpoena issued to Time Inc. by Defendant is

hereby QUASHED [or MODIFIED].


IT IS SO ORDERED.


_____
REGGIE B. WALTON
United States District Judge