IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-mc-00128-RBW |
| | ) | |
| I. LEWIS LIBBY, | ) | (CR. No. 05-394 (RBW)) |
| also known as "Scooter Libby" | ) | |
| | ) | |
| TIME INC., | | |
| Movant. | | |

## CONSENT MOTION TO RESCHEDULE HEARING ON MOTIONS TO QUASH

On April 3, 2006, this Court entered a scheduling order providing that arguments concerning motions to quash subpoenas issued to certain news organizations and journalists would be heard on May 5, 2006 at 1:30 p.m.

Because the lead counsel for Time Inc., who will be presenting argument, has an out-of-town scheduling conflict on that date, Time Inc. respectfully moves this Court to reschedule the hearing to May 16, 2006 at 1:30 p.m. None of the other deadlines in the scheduling order would be affected by this motion. A proposed order is attached hereto.

The Special Counsel and counsel for Mr. Libby have been consulted and have consented to this motion, and counsel for the other media organizations and reporters that have received subpoenas have also been consulted and have consented. Accordingly, this motion would affect the following matters:

CR. No. 05-394-RBW (US v. Libby)

06-mc-00128-RBW (subpoena to Time Inc.)

06-mc-00169-RBW (subpoena to New York Times)

06-MS-123-RBW & 06-MS-126-RBW (subpoenas to NBC News and Andrea Mitchell)

06-125-RBW (subpoena to Judith Miller)

06-mc-00128-RBW (subpoena to Matthew Cooper)

Dated: April 19, 2006                    Respectfully submitted,

                                                              /s/

| | |
|---|---|
| Robin Bierstedt | Theodore J. Boutrous, Jr. |
| Andrew Lachow | D.C. Bar No. 420440 |
| Time Inc. | Thomas H. Dupree, Jr. |
| 1271 Avenue of the Americas | D.C. Bar No. 467195 |
| Room 38-45 | GIBSON, DUNN & CRUTCHER LLP |
| New York, NY 10020 | 1050 Connecticut Avenue N.W. |
| (212) 522-3217 | Washington, DC 20036 |
| | Telephone: (202) 955-8500 |
| | Fax: (202) 530-9689 |

*Attorneys for Time Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2006, I caused a true and correct copy of the foregoing to be sent to the following via overnight mail:

Patrick Fitzgerald
U.S. DEPARTMENT OF JUSTICE
1400 New York Avenue, N.W.
Room 12-405
Washington, D.C. 20005

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

William H. Jeffress, Jr.
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
The Warner
Washington, D.C. 20004

Charles S. Leeper
DRINKER BIDDLE & REATH LLP
1500 K Street, NW
Suite 1100
Washington, DC 20005

Lee Levine
LEVINE SULLIVAN KOCH & SCHULZ LLP
1050 Seventeenth Street NW
Suite 800
Washington, DC 20036

Robert S. Bennett
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005

Richard A. Sauber
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
1001 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20004-2505

_____/s/_____
Thomas H. Dupree, Jr.