IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-mc-00128-RBW |
| | ) | |
| I. LEWIS LIBBY, | ) | (CR. No. 05-394 (RBW)) |
|     also known as "Scooter Libby" | ) | |
| | ) | |
| TIME INC., | | |
|     Movant. | | |

## [PROPOSED] ORDER

Time Inc.'s motion is GRANTED and the argument on the motions to quash subpoenas to news organizations and journalists is reset for May 16, 2006, at 1:30 p.m.

IT IS SO ORDERED.

_____
REGGIE B. WALTON
United States District Judge

**ORDER TO BE SERVED ON**:

    Patrick Fitzgerald
    U.S. DEPARTMENT OF JUSTICE
    1400 New York Avenue, N.W.
    Room 12-405
    Washington, D.C. 20005

    Theodore V. Wells, Jr.
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064

    William H. Jeffress, Jr.
    BAKER BOTTS L.L.P.
    1299 Pennsylvania Avenue, N.W.
    The Warner
    Washington, D.C. 20004

    Charles S. Leeper
    DRINKER BIDDLE & REATH LLP
    1500 K Street, NW
    Suite 1100
    Washington, DC 20005

    Lee Levine
    LEVINE SULLIVAN KOCH & SCHULZ LLP
    1050 Seventeenth Street NW
    Suite 800
    Washington, DC 20036

    Robert S. Bennett
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    1440 New York Avenue NW
    Washington, DC 20005

    Richard A. Sauber
    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    1001 Pennsylvania Avenue, NW, Suite 800
    Washington, DC 20004-2505

    Theodore J. Boutrous, Jr.
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue NW
    Washington, DC 20036