IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | 06-mc-128 (RBW) |
| I. LEWIS LIBBY | ) | |
| Defendant | ) | |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Alexandra M. Walsh hereby enters her appearance for the defendant I. Lewis Libby.

                                            Alexandra M. Walsh
                                            D.C. Bar No. 490484
                                            Baker Botts LLP
                                            1299 Pennsylvania Avenue, NW
                                            Washington, DC  20004
                                            (202) 639-7751

April 21, 2006                                    Attorney for Defendant