UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- x

UNITED STATES OF AMERICA

v.

I. LEWIS LIBBY
also known as "SCOOTER LIBBY"

------------------------------------------------------------------- x

Misc. No. 06-128 (RBW)

The Honorable Reggie B. Walton

## MOTION FOR THE ADMISSION PRO HAC VICE OF ANDREW B. LACHOW

I, Thomas H. Dupree, Jr., a member of the bar of this Court, respectfully move for the admission *pro hac vice* of Andrew B. Lachow, Esq., counsel for non-party Time Inc., in connection with the above-captioned matter. Attached hereto is a Declaration submitted pursuant to Local Civil Rule 83.2(d), and a proposed order.

Dated: May 12, 2006

Respectfully submitted,

/s/ Thomas H. Dupree, Jr.
Thomas H. Dupree, Jr.
D.C. Bar No. 467195
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8535
Fax: (202) 530-9689

176256 v1