UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :   Misc. No. 06-128 (RBW)
                        v.                                         :
                                                                   :   The Honorable Reggie B. Walton
                                                                   :
I. LEWIS LIBBY                                                     :
also known as "SCOOTER LIBBY"                                      :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## DECLARATION OF ANDREW B. LACHOW IN SUPPORT OF
## PRO HAC VICE MOTION

1. I, Andrew B. Lachow, submit this Declaration in support of the motion requesting my admission *pro hac vice* in connection with the matter United States of America v. I. Lewis Libby, Misc. No. 06-128 (RBW), pending in the United States District Court for the District of Colombia.

2. I am an associate general counsel with non-party Time Inc., located at 1271 Avenue of the Americas, New York, New York 10020. My office telephone number is 212-522-8307.

3. I am admitted to practice and remain in good standing with the Bar of the State of New York; and with the United States District Court, Southern District of New York, United States District Court, Eastern District of New York, and the United States Court of Appeals for the Second Circuit.

4. I certify that I have not been disciplined by any bar.

176256 v1

5.  I have never been admitted *pro hac vice* in the United States District Court, District of Columbia.

6.  I do not practice law from an office in the District of Columbia, am not a member of the District of Columbia Bar, nor do I have an application pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 11, 2006___

_____
Andrew B. Lachow

176256 v1