UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :   Misc. Nos. 06-128 (RBW)
                                                                   :
            v.                                                     :   The Honorable Reggie B. Walton
                                                                   :
I. LEWIS LIBBY                                                     :
also known as "SCOOTER LIBBY"                                      :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## PROPOSED ORDER

The Motion of Thomas H. Dupree, Jr., is hereby GRANTED, and Andrew B. Lachow is granted admission *pro hac vice* in the above-captioned matter.

**IT IS SO ORDERED.**

                                                    _____
                                                    Reggie B. Walton
                                                    United States District Judge

Dated:_____

176256 v1