UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-394 |
| | ) | |
| I. LEWIS LIBBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Misc. Nos.   06-123 |
| NBC NEWS, MATTHEW COOPER, | ) | 06-124 |
| JUDITH MILLER, ANDREA MITCHELL, | ) | 06-125 |
| TIME INC., AND | ) | 06-126 |
| THE NEW YORK TIMES, | ) | 06-128 |
| | ) | 06-169 |
| Movants. | ) | |

**ORDER**

On May 26, 2006, this Court issued a Memorandum Opinion and Order addressing motions to quash Rule 17(c) subpoenas issued by Mr. Libby to certain news reporters and news organizations. United States v. Libby, 432 F. Supp. 2d 26 (D.D.C. 2006). In this opinion, the Court deferred ruling on whether certain documents should be produced to the defendant. Id. The Court anticipates that the defendant will, during the trial in this matter, seek a final ruling as to those documents. Accordingly, it is hereby,

**ORDERED** that the movants' counsel shall be present in the courtroom during any testimony that may impact the Court's final ruling on this matter. It is further

**ORDERED** that the movants' counsel shall be prepared to <u>immediately</u> produce copies of the disputed documents to both the defendant and the government upon an order from the

Court.

**SO ORDERED** this 19th day of December, 2006.

_____
REGGIE B. WALTON
United States District Judge